**Opinion issued April 15, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-11-00704-CV

————————————

### B.H., Appellant

### V.

### DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Case No. 1998-23370**

---

### MEMORANDUM OPINION

Appellant, B.H., has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of

case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.